MARY ANN PINEIRO, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. CARMEN NIEVES, *ETC.*, *ET AL*, DEFENDANTS-PETITIONERS.

See same case below: 108 *N. J. Super.* 51.

*Messrs. Greenstone & Greenstone* and *Mr. Allan J. Naishuler* for the petitioners.

*Mr. Robert Shevick* and *Mr. Aaron G. Greenberg* for the respondents.

April 14, 1970. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JAMES PATRICK, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Edward Weisslitz* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Robert L. Podvey* for the respondent.

April 14, 1970. Denied.

IN THE MATTER OF THE APPLICATION OF HOWARD SMITH, PETITIONER TO THE BOARD OF TRUSTEES OF THE POLICE AND FIREMEN'S RETIREMENT SYSTEM FOR ACCIDENTAL DISABILITY RETIREMENT.

See same case below: 108 *N. J. Super.* 315.

*Mr. George F. Kugler, Jr., Mr. Stephen Skillman* and *Mr. Phillip I. Kagan* for the petitioner.

*Mr. Frank A. Palmieri* and *Mr. Ralph A. Yacavino* for the respondent.

April 14, 1970. Granted.